
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIPPECANOE ASSOCIATES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-1660- SEB-JMS |
| | ) | |
| OFFICEMAX NORTH AMERICA, INC., | ) | |
| Defendant. | ) | |

### ENTRY FOR APRIL 5, 2010
### MAGISTRATE JUDGE JANE MAGNUS-STINSON

Parties appear by counsel for telephonic status conference. Amended case management plan and trial date were discussed, and as a result of this conference the following Entry is made pursuant to Rule 16(d) of the Federal Rules of Civil Procedure. The magistrate judge recommends a trial date of September 7-8, 2010. Amended case management plan disapproved per discussion. Revised CMP to be submitted as discussed at the conference. Telephonic status conference set for **June 9, 2010 at 1:00 p.m. Counsel to call the court at 317-229-3670.**

Copies to:

Anthony E. Dowell
DOWELL BAKER P.C.
aedowell@dowellbaker.com

Karen Lynn Lobring
LOBRING & ASSOCIATES LLP
lobring@msn.com

Erik F. Stidham
HOLLAND & HART LLP
efstidham@hollandhart.com